**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 25, 2012

_____

No. 09-31215

_____

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

versus

MICHAEL WRIGHT,

Defendant - Appellant

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

ON PETITIONS FOR REHEARING AND REHEARING EN BANC

(Opinion April 20, 2011, 5 Cir., 2011, 639 F.3d 679)

Before JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, GARZA, BENAVIDES, STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES and GRAVES, Circuit Judges.[1]

PER CURIAM:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

_____

[1]Judge Stephen A. Higginson is recused and did not participate in this decision.